UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:03cr87 |
| | ) | |
| JERRY JARRETT, | ) | |
| | ) | |
| Defendant. | ) | |

AMENDED OPINION AND ORDER

The court has completed its *in camera* review of the documents filed with the court by the Government on April 4, 2009. The Government provided documents beginning with page 1 and ending with page 1167. There were approximately two-hundred numbered pages that were omitted from this body of documents. There were also substantial redactions from some of the documents that were provided. In a telephone conference held June 11, 2009, Government counsel represented to the court that the missing numbered pages and the redactions from furnished pages did not pertain in any way to the within cause.

Having completed its *in camera* review of the documents provided by the Government, the court now orders the following documents, identified by page numbers, to be furnished to the Defendant: 7, 13 to 17, 18 to 22, 23 to 25, 28 to 34, 35 to 39, 40 to 46, 47 to 50, 57 to 61, 80, 174 to 184, 190 to 192, 196 to 204, 208 to 209, 210, 212 to 213, 245, 247, 257 to 258, 276, 313, 320 to 322, 327, 328 to 329, 333 to 338, 340, 341, 343, 348, 364 to 368, 384, 385, 389, 460 to 463, 464 to 465, 472 to 473, 522, 524, 658 to 674, 785 to 797, 858 to 884, 894 to 898, 939 to 941, 1152 to 1163, 1167

Said documents shall be provided to the Defendant not later than 60 days from the date of this order.

Entered: June 15, 2009.

s/ William C.  Lee  
William C. Lee, Judge  
United States District Court